**Order entered January 14, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00788-CV**

**IN THE INTEREST OF L.A.M. AND L.A.M., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-20368**

**ORDER**

Before the Court is the January 13, 2022 second request of Court Reporter LaToya Young-Martinez for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 20, 2022**. We caution Ms. Young-Martinez that further requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE